**Order entered December  2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01032-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JERRY GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-88020-2012**

## ORDER

The Court **GRANTS** appellee's November 27, 2013 motion to extend time to file his

brief to the extent that appellee is **ORDERED** to file his brief by **JANUARY 3, 2014**.


/s/     DAVID EVANS
        PRESIDING JUSTICE